**Order entered October 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01063-CR
No. 05-15-01064-CR

**JOHN ALLEN GRIER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-80148-2015, 296-80149-2015**

## ORDER

The Court **GRANTS** court reporter Susan Maienschein's October 7, 2015 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Maienschein to file the reporter's record within **FORTY-FIVE (45) DAYS** from the date of this order.

We **ORDER** the Collin County District Clerk to file the clerk's record within **FIFTEEN (15) DAYS** from the date of this order.

/s/    ADA BROWN
       JUSTICE